**Fill in this information to identify the case:**

Debtor 1   Ralph Watson

Debtor 2   Margaret Watson
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Tennessee
(State)

Case number  19-12071-JLC

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A

Court claim no. (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 7778

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 11/20/2019 | (5) | $ 350.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Plan Review | 11/20/2019 | (11) | $ 150.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

Debtor 1  Ralph Watson
First Name  Middle Name  Last Name

Case number (*if known*) 19-12071-JLC

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ John Roan
Signature

Date 12/16/2019

Print: John Roan
First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: Aldridge Pite, LLP

Address: 651 East 4th Street Suite 200
Number  Street
Chattanooga    TN    37403
City    State  ZIP Code

Contact phone ( 423 ) 425– 9695

Email: jroan@aldridgepite.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page **2**

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF TENNESSEE - JACKSON

| | |
|---|---|
| In re<br><br>RALPH WATSON and MARGARET WATSON,<br><br>Debtor(s). | Case No. 19-12071-JLC<br><br>Chapter 13<br><br>PROOF OF SERVICE |

I, Amber Finch, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this case.

On December 16, 2019, I served the Notice of Postpetition Mortgage Fees, Expenses and Charges in said cause by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows. A total of five (5) parties have been served. SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 16, 2019          /s/ Amber Finch
                                  AMBER FINCH

# SERVICE LIST

**DEBTOR(S)
(VIA U.S. MAIL)**

Ralph Watson
Margaret Watson
312 Robinson Drive
Ripley, TN 38063

**DEBTOR(S) ATTORNEY
(VIA ELECTRONIC NOTICE)**

T. Verner Smith
Law Office of Verner Smith
367-A N. Parkway
Ste. 1
Jackson, TN 38305
bankruptcy@vernersmith.com

**CHAPTER 13 TRUSTEE
(VIA ELECTRONIC NOTICE)**

Timothy H. Ivy
P.O. Box 1313
Jackson, TN 38302-1313
ecf_summ@ch13jax.com

**UNITED STATES TRUSTEE
(VIA ELECTRONIC NOTICE)**

U.S.Trustee
Office of the U.S. Trustee
One Memphis Place
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
ustpregion08.me.ecf@usdoj.gov